IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| LISA SMITH, : | |
| : | |
| Plaintiff, : | |
| : | |
| v.  : | CIVIL ACTION NO. |
| : | 2:07-CV-00059-RWS |
| DEPARTMENT OF : | |
| CORRECTIONS, : | |
| : | |
| Defendant. : | |

**ORDER**

This case is before the Court for consideration of Plaintiff's Motion to Appoint Counsel [13], Plaintiff's Motion for Listings of Expert Witnesses [14], and Plaintiff's Motion for Copies of Exhibits [15]. After reviewing the record, the Court enters the following Order.

A prisoner pursuing a section 1983 action does not have a constitutional right to counsel. Bass v. Perrin, 170 F.3d 1312, 1320 (11th Cir. 1999). However, a court has discretionary authority to appoint counsel for indigent litigants in civil cases. 28 U.S.C. § 1915(e)(1); Bass, 170 F.3d at 1320. The appointment of counsel in such cases is a privilege "justified only by

exceptional circumstances." Fowler v. Jones, 899 F.2d 1088, 1096 (11th Cir. 1990). Determining whether exceptional circumstances exist is committed to the discretion of the court. Steele v. Shah, 87 F.3d 1266, 1270 (11th Cir. 1996). Exceptional circumstances may exist where the facts and legal issues are so complex that the assistance of a trained practitioner is required. Poole v. Lambert, 819 F.2d 1025, 1028 (11th Cir. 1987). Plaintiff has failed to set out any exceptional circumstances in this case that would justify appointment of counsel. Therefore, Plaintiff's Motion for Appointment of Counsel [13] is hereby **DENIED**.

In her Motion for Listings of Expert Witnesses, Plaintiff requests that the Court provide her with names of possible experts to assist her in her case. This is not a proper function of the Court. Therefore, Plaintiff's Motion [14] is hereby **DENIED**.

Finally, Plaintiff requests that she be provided with copies of all exhibits that she has submitted in the case. Apparently, the documents submitted by Plaintiff were originals. She did not retain copies. Plaintiff's Motion [15] is

2

hereby **GRANTED**.  The Clerk is hereby **DIRECTED** to send Plaintiff copies of the exhibits she has previously submitted in this case.

**SO ORDERED**, this   8th   day of January, 2008.


_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE